Shane P. Coleman
John D. Sullivan
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
P.O. Box 639
Billings, MT  59103-0639
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
Email:  spcoleman@hollandhart.com
          jdsullivan@hollandhart.com

ATTORNEYS FOR PLAINTIFFS

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| FIRST INTERSTATE BANCSYSTEM, INC. and FIRST INTERSTATE BANK,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ALVIN NOT AFRAID, JR., CARLSON GOES AHEAD, RUDOLPH KNUTE OLD CROW, RONALD ARNESON, FRANK WHITE CLAY, SHAWN BACK BONE, and CROW TRIBE OF INDIANS,<br><br>　　　Defendants. | No. 1:19-cv-00010-SPW-TJC<br><br>**PLAINTIFF'S RULE 7.1 DISCLOSURE STATEMENT** |

1

Plaintiff, First Interstate Bank, by and through its counsel of record, hereby makes the following disclosures pursuant to Rule 7.1 of the Federal Rules of Civil Procedure:

First Interstate Bank is wholly-owned by First Interstate BancSystem, Inc. First Interstate BancSystem, Inc. is a publicly-held corporation.

Dated this 1st day of February, 2019.

/s/ *John D. Sullivan*
John D. Sullivan
Holland & Hart LLP

ATTORNEYS FOR PLAINTIFFS

11996515_1