Thomas E. Towe, Esq.
Towe, Ball, Mackey, Sommerfeld
 & Turner, PLLP
2525 Sixth Avenue North
PO Box 30457
Billings, MT 59107-0457
Phone: 406-248-7337
Fax: 406-248-2647
Attorneys for Defendants
 Goes Ahead and Back Bone

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| FIRST INTERSTATE BANCSYSTEM, INC. and FIRST INTERSTATE BANK,<br><br>Plaintiffs,<br><br>vs.<br><br>ALVIN NOT AFRAID, JR., CARLSON GOES AHEAD, RUDOLPH KNUTE OLD CROW, RONALD ARNESON, FRANK WHITE CLAY, SHAWN BACK BONE and CROW TRIBE OF INDIANS,<br><br>Defendants. | Cause No: CV-19-10-BLG-SPW-TJC<br><br><br><br>**JOINDER IN WHITE CLAY'S MOTION TO QUASH** |

Defendants Carlson Goes Ahead, Chairman of the Crow Tribe of Indians, and Shawn Back Bone, Secretary of the Crow Tribe of Indians, hereby join in the

Motion filed by Defendant Frank White Clay to Quash the Temporary Restraining Order and Order Security and Order 2 Day Hearing. Goes Ahead and Back Bone request that the Motion be granted, the Temporary Restraining be quashed and dissolved and that a hearing be held with 2 days' notice as set forth in Rule 65(b)(4) of the Federal Rules of Civil Procedure. Goes Ahead and Shawn Back Bone join the White Clay motion for the reasons set forth therein and urge a quick if not immediate review because of the danger and harm that could result if the Temporary Restraining Order is not quashed and dissolved immediately. Goes Ahead and Back Bone genuinely fear that further assets of the tribe will disappear and financial records that indicate Not Afraid's mismanagement will disappear. Said Defendants reserve the right to provide additional affidavits in support of this motion.

DATED this 8th day of February, 2019.

        TOWE, BALL, MACKEY,
        SOMMERFELD & TURNER, P.L.L.P.
        Attorneys for Defendants
        Goes Ahead and Back Bone

        By:/s/Thomas E. Towe