Shane P. Coleman
John D. Sullivan
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
Billings, MT  59101-1277
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
Email:  spcoleman@hollandhart.com
         jdsullivan@hollandhart.com

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | |
|---|---|
| FIRST INTERSTATE BANCSYSTEM, INC. and FIRST INTERSTATE BANK,<br><br>　　　Plaintiffs,<br><br>vs.<br><br>ALVIN NOT AFRAID, JR., CARLSON GOES AHEAD, RUDOLPH KNUTE OLD CROW, RONALD ARNESON, FRANK WHITE CLAY, SHAWN BACK BONE, CROW TRIBE OF INDIANS,<br><br>　　　Defendants. | CV  19-10-BLG-SPW<br><br><br>**NOTICE TO COURT IN RESPONSE TO ORDER GRANTING TEMPORARY RESTRAINING ORDER** |

1

First Interstate BancSystem, Inc. and First Interstate Bank ("First Interstate"), by its counsel of record, Holland & Hart LLP, provides the following notice to the Court.

On February 8, 2019, at 2:20 p.m., the Court entered an Order Granting Temporary Restraining Order and Setting Hearing on Preliminary Injunction ("Order"), which temporarily restrained First Interstate from preventing Crow Tribal Chairman Alvin Not Afraid, Jr. from accessing the Crow Tribe's accounts held with First Interstate.

In response to the Court's Order, First Interstate has removed the temporary suspension of the Crow Tribe's accounts. As a result, Not Afraid now has permission to draw upon the Tribe's accounts with First Interstate as its Chairman and authorized signer.

Dated this 8th day of February, 2019.

/s/ *John D. Sullivan*
John D. Sullivan
Holland & Hart LLP

Attorneys for Plaintiffs

12026283_1