Shane P. Coleman
John D. Sullivan
HOLLAND & HART LLP
401 North 31st Street
Suite 1500
Billings, MT  59101-1277
Telephone:  (406) 252-2166
Fax:  (406) 252-1669
Email:  spcoleman@hollandhart.com
         jdsullivan@hollandhart.com

ATTORNEYS FOR PLAINTIFF

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MONTANA

BILLINGS DIVISION

| | | |
|---|---|---|
| FIRST INTERSTATE BANCSYSTEM, INC. and FIRST INTERSTATE BANK, | ) ) ) ) ) | CV 19-10-BLG-SPW |
| Plaintiffs, | ) ) | **NOTICE TO COURT IN ANTICIPATION OF** |
| vs. | ) ) | **PRELIMINARY INJUNCTION HEARING** |
| ALVIN NOT AFRAID, JR., CARLSON GOES AHEAD, RUDOLPH KNUTE OLD CROW, RONALD ARNESON, FRANK WHITE CLAY, SHAWN BACK BONE, CROW TRIBE OF INDIANS, | ) ) ) ) ) ) ) ) | |
| Defendants. | ) | |

First Interstate BancSystem, Inc. and First Interstate Bank ("First Interstate"), by its counsel of record, Holland & Hart LLP, provides the following notice to the Court.

When First Interstate filed its Complaint for Interpleader on February 1, 2019, it outlined for the Court two competing claims from members of the Crow Tribe's Executive Branch for the authority to draw upon the Tribe's accounts with First Interstate. Because First Interstate was unable to determine who had lawful signing authority on the Tribe's accounts, First Interstate temporarily suspended access to those accounts. But in doing so, First Interstate asserted no ownership in the Tribe's deposits and took no position as to who held signing authority on behalf of the Tribe. *See* Doc. 1 at ¶¶ 32-35.

After First Interstate filed the Complaint for Interpleader, Chairman Alvin Not Afraid filed a motion for a temporary restraining order on February 7, 2019. Doc. 7. The Court granted that motion and entered a temporary restraining order on February 8, 2019—which restrained First Interstate from preventing Chairman Not Afraid from drawing upon the Tribe's accounts—and set a hearing on preliminary injunction for February 14, 2019. Doc. 14. First Interstate promptly complied with the Court's Order later on February 8, 2019. Doc. 17. Since that time, representatives of the Crow Legislature have filed two motions seeking to quash the temporary restraining order. Docs. 15, 18.

First Interstate provides this notice in anticipation of the preliminary injunction hearing on February 14, 2019, to inform the Court and Defendants that First Interstate remains neutral in this dispute and takes no position as to who the authorized signers upon the Tribe's accounts should be.  First Interstate has and will continue to comply with the Court's orders in this regard as a result.

Dated this 13th day of February, 2019.

/s/ *John D. Sullivan*
John D. Sullivan
Holland & Hart LLP

Attorneys for Plaintiffs

12037938_1